## STRAMLER v. STATE.
### No. 24810.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of the offense of murder with malice and his punishment assessed at ten years in the penitentiary.

The record before us contains neither a statement of facts nor bill of exception. The proceedings appear regular. No question is raised for review by this court.

The judgment of the trial court is affirmed.